IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40482
Summary Calendar
_____

ROBERT THOMAS,

Plaintiff-Appellant,

versus

ORCHID INTERNATIONAL MCALLEN, INC.;
JOE RODRIGUEZ,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CV-133
--------------------
May 10, 2002

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Robert Thomas appeals the district court's order granting the Appellees' motion to enforce a settlement agreement. Thomas argues that the district court committed error in granting the motion because 1) Thomas did not sign the settlement agreement, and 2) the settlement check he received from the appellees represented payment

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

for past wages.  Thomas also contends that the district court erred in denying his motions for leave to file amended complaints and in denying a pretrial motion for sanctions relating to the appellees' alleged noncompliance with discovery rules.

We have reviewed the record and the briefs submitted by the parties and hold that the district court did not err in granting the appellees' motion to enforce the settlement agreement.  See Woodson v. Surgitek, Inc., 57 F.3d 1406, 1416 (5th Cir. 1995); Lockette v. Greyhound Lines, Inc., 817 F.2d 1182, 1185-86 (5th Cir. 1987).  Because Thomas agreed to settle his suit and is bound by the terms of the settlement agreement, his remaining arguments are moot issues that we decline to address.

AFFIRMED.